# EXHIBIT A

**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) ___Joelle Hernandez___ Case No. __21-00742__ Chapter __13__

All Cases: Moving Creditor __PNC Bank, National Association__ Date Case Filed __21-00742__

Nature of Relief Sought: ☑ Lift Stay ☐ Annul Stay ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed __4/9/2021__

Chapter 7: ☐ No-Asset Report Filed on _____
 ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☑ Home
   b. ☐ Car Year, Make, and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of 9/13/2021 $ __136,255.00__
   Total of all other Liens against Collateral $ _____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $ _____

5. Default
   a. ☐ Pre-Petition Default
      Number of months _____ Amount $ _____

   b. ☑ Post-Petition Default
      i. ☐ On direct payments to the moving creditor
         Number of months __3__ Amount $ __3,186.88__

      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months _____ Amount $ _____

6. Other Allegations
   a. ☑ Lack of Adequate Protection § 362(d)(1)
      i. ☐ No insurance
      ii. ☐ Taxes unpaid Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv. ☐ Other (describe) _____

   b. ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) _____
      ii. ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm  ii ☐ Redeem  iii. ☐ Surrender  iv. ☑ No Statement of Intention Filed

Date: _____     _____
                                     Michael Dimand, Esq.
                                     Counsel for Movant

(Rev. 12 /21/09)